■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES TUCKER, Appellant. [877 NYS2d 228]—Judgment, Supreme Court, New York County (Bonnie Wittner, J., at plea; Richard D. Carruthers, J., at sentence), rendered on or about January 18, 2008), unanimously affirmed. No opinion. Order filed. Concur— Saxe, J.P., Buckley, McGuire, DeGrasse and Freedman, JJ.